In the Matter of the Application of BRONX GAS AND ELECTRIC COMPANY, Petitioner, for a Certiorari Order against MILO R. MALTBIE and Others, Constituting the Public Service Commission of the State of New York, and the PUBLIC SERVICE COMMISSION OF THE STATE OF NEW YORK, Defendants.— Determi-

nation and order of the Public Service Commission annulled, with fifty dollars costs and disbursements, on the authority of *Matter of Yonkers Electric Light & Power Co.* v. *Maltbie* (245 App. Div. 419), decided herewith. Hill, P. J., Rhodes and McNamee, JJ., concur; Bliss and Heffernan, JJ., dissent for the reasons expressed in the dissenting opinion in *Matter of Yonkers Electric Light & Power Co.* v. *Maltbie* (245 App. Div. 419, 424), decided herewith.